No. 83–459.  WASHINGTON STATE CHARTERBOAT ASSN. v. BALDRIGE, SECRETARY OF COMMERCE.  C. A. 9th Cir.  Motion of Quileute Indian Tribe et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.